*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Stacy M Diehl
    Debtor(s)

Case No: 16–14244–sr

Chapter: 7

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for Debtor's Failure to Pay First Installment Payment in the amount of $100.00 due July 14, 2016.

will be held before the Honorable Stephen Raslavich ,United States Bankruptcy Court

on: 8/31/16

at: 10:30 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: August 12, 2016

13
Form 175