United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stacy M Diehl  
    Debtor

Case No. 16-14244-sr  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: jch    Page 1 of 1    Date Rcvd: Aug 12, 2016  
                   Form ID: 175    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2016.  
db            +Stacy M Diehl,   254 Violet Court,   Quakertown, PA 18951-2738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2016 at the address(es) listed below:  
       ALEXANDER G. TUTTLE    on behalf of Debtor Stacy M Diehl agt@tuttlelegal.com  
       BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                             TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Stacy M Diehl
    Debtor(s)

Case No: 16–14244–sr
Chapter: 7

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for Debtor's Failure to Pay First Installment Payment in the amount of $100.00 due July 14, 2016.

will be held before the Honorable Stephen Raslavich, United States Bankruptcy Court

on: 8/31/16

at: 10:30 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: August 12, 2016

13
Form 175