Certificate Number: 06501-PAE-DE-028022644

Bankruptcy Case Number: 16-14244



06501-PAE-DE-028022644

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 7, 2016, at 9:31 o'clock AM CDT, Stacy Diehl completed a course on personal financial management given by internet by Arbor Investments LTD., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 7, 2016              By:    /s/Carlo Skrupa

                                       Name:  Carlo Skrupa

                                       Title: Program Manager